# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV01883 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DOROTHY P. HOOKS and** | : | PLAINTIFFS |
| **MARSHALL L. HOOKS** | : | |
| | : | |
| v. | : | |
| | : | |
| WYETH, et al. | : | DEFENDANTS |

**ORDER**

Pending is Plaintiffs' Motion for Reconsideration (Doc. No. 10). Defendants have responded and Plaintiffs have replied.[1]

On December 14, 2006, I entered a PPO3 Show Cause Order, which gave Plaintiffs twenty-one days to serve a fact sheet or show cause why a fact sheet could not be served on Defendants. On January 25, 2007, Defendants filed a motion to dismiss. Plaintiffs did not respond to the motion, and on February 9, 2007, it was granted.

Plaintiffs' reply is well-taken, and the Motion for Reconsideration is GRANTED. Accordingly, the February 9, 2007 Order (Doc. No. 9) is VACATED, and the Clerk of the Court is directed to re-open this case.

However, as the reply suggested, Plaintiffs will be required to reimburse Wyeth for the cost of preparing and filing the motions leading to the February 9, 2007 Order. Wyeth should

---

[1]Doc. Nos. 12 and 13.

1

submit an itemization its expenses to Plaintiffs.   If Plaintiffs believe the amount is unreasonable, they can file a motion.

    IT IS SO ORDERED this 8th day of March, 2007.

                                              /s/ Wm. R.Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE